■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT DI BENEDETTO, Appellant. — Judgment of the Supreme Court, Richmond County (Goldberg, J.), rendered August 10, 1981, affirmed. No opinion. Order of the same court, dated December 8, 1981, affirmed, without costs or disbursements. No opinion. This case is remitted to the Supreme Court, Richmond County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J. P., Gibbons, Thompson and Bracken, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE ERVIN, Appellant. — Judgment of the County Court, Westchester County (Scheinman, J.), rendered November 30, 1979, affirmed (People v Corti (88 AD2d 345). Damiani, J. P., Thompson, Bracken and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN FARLEY, Appellant. — Appeal by defendant from two judgments of the Supreme Court, Queens County (Agresta, J.), both rendered October 30, 1980, convicting him of two counts of rape in the first degree, upon his pleas of guilty, and imposing sentences. Judgments affirmed. We have reviewed the record, as well as the arguments raised by defendant in correspondence with his assigned counsel, and agree with appellant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Counsel's application for leave to withdraw as counsel is granted (see Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf. People v Gonzalez, 47 NY2d 606). Mollen, P. J., Lazer, Mangano and Brown, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RALPH M. GRILLO, Appellant. — Appeal by defendant from a judgment of the County Court, Nassau County (Goodman, J.), rendered March 18, 1981, convicting him of criminal mischief in the second degree, upon a jury verdict, and imposing sentence. Judgment affirmed. Review of the record reveals that the court's alleged errors in failing to charge on intoxication and circumstantial evidence, or to relate the facts to the law in its charge were not preserved for appellate review. Considering the overwhelming proof of guilt, the court's declaration concerning "all reasonable doubt" was harmless error. Mollen, P. J., Lazer, Mangano and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUDY HOLMES, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Westchester County (Rubin, J.), rendered April 15, 1981, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with appellant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Counsel's application for leave to withdraw as counsel is granted (see Anders v California, 386 US 738; People v Paige, 54 AD2d 631; People v Gonzalez, 47 NY2d 606). Damiani, J. P., O'Connor, Bracken and Boyers, JJ., concur.